# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00001-CV

**In re Ronnie Jean Davis, Sr.**

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ronnie Jean Davis, Sr. has filed a petition for writ of mandamus seeking to compel the trial court to order forensic DNA testing. *See* Tex R. App. P. 52. Having reviewed the petition, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed: January 8, 2016